UNITED STATES BANKRUPTCY COURT
DISTRICT OF __NEW JERSEY__

In re __PRANAV DESAI__   Case No. __20-23494-CMG__

Reporting Period: Dec 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ? | |
| Cash disbursements journals | | NA | |
| Statement of Operations | | NA | |
| Balance Sheet | | NA | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | NA | |
| Copies of tax returns filed during reporting period | | NA | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | NA | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | ? | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          Date __02/19/2021__
Signature of Debtor


_____          Date _____
Signature of Joint Debtor


_____          Date _____
Signature of Authorized Individual*


_____          Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: **PRANAV DESAI**  
Debtor

Case No. **20-23494-CMG**  
Reporting Period __ Dec-20**20**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 100 | 0 |
| **RECEIPTS** | | |
| Wages (Net) | 0 | NA |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 0 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 0 | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| **Other Secured Note Payments** | | |
| Utilities | 0 | |
| Insurance | 0 | |
| Auto Expense | 0 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 0 | |
| Medical Expenses | 0 | |
| Household Expenses | 0 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 0 | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | 0 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | 100 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 100 |

FORM MOR-1(INDV)  
(9/99)

In re _____  Case No. _____
             Debtor  Reporting Period: Dec 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | 0 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | 0 | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In re **PRANAV DESAI**  
Debtor

Dec 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

FORM MOR-5  
(04/07)