UNITED STATES BANKRUPTCY COURT
DISTRICT OF **NEW JERSEY**

In re **PRANAV DESAI**                Case No. **20-23494-CMG**
Reporting Period: Jan 2021

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | |
| Copies of bank statements | | Yes | |
| Cash disbursements journals | | NA | |
| Statement of Operations | | NA | |
| Balance Sheet | | NA | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | NA | |
| Copies of tax returns filed during reporting period | | NA | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | NA | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____                           Date  **02/19/2021**
Signature of Debtor

_____                           Date
Signature of Joint Debtor

_____                           Date
Signature of Authorized Individual*

_____                           Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: **PRANAV DESAI**  
Debtor

Case No. **20-23494-CMG**  
Reporting Period: **Jan-2021**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 4286.65 | 4386.67 |
| **RECEIPTS** | | |
| Wages (Net) | 2127.52 | NA |
| Interest and Dividend Income | | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 0 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 0 | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | | |
| Utilities | 0 | |
| Insurance | 0 | |
| Auto Expense | 0 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 0 | |
| Medical Expenses | 0 | |
| Household Expenses | 0 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 0 | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | |
| U.S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | 0 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | 2127.52 |
| Cash - End of Month (Must equal reconciled bank statement) | | 100 |

FORM MOR-1(INDV)  
(9/99)

In re **PRANAY DESAI**
Debtor

Jan 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

FORM MOR-5
(04/07)



# Bank

America's Most Convenient Bank®

PRANAV DESAI
DIP CASE 20-23494 DIST NJ
10 ORCHARD GROVE
MONROE NJ  08831

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jan 01 2021-Jan 31 2021 |
| Cust Ref #: | 4384307504-039-T-### |
| Primary Account #: | 438-4307504 |

## Chapter 11 Checking

PRANAV DESAI  
DIP CASE 20-23494 DIST NJ

Account # 438-4307504

| | | | |
|---|---|---|---|
| Beginning Balance | 100.02 | Average Collected Balance | 2,661.91 |
| Deposits | 4,286.65 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 4,386.67 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### Deposits

| | | | |
|---|---|---|---|
| 01/13 | DEPOSIT | | 4,286.65 |
| | | Subtotal: | 4,286.65 |

| | | | | |
|---|---|---|---|---|
| 12/31 | 100.02 | | 01/13 | 4,386.67 |

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Ending Balance          4,386.67

Total            +
Deposits

Sub Total

Total            -
Withdrawals

Adjusted
Balance          _____

**Total Deposits**

**Total Withdrawals**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:
**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**
We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include.
- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities The amount to be reported will be reported separately to you by the Bank

In case of Errors or Questions About Your Bill:
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.