| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BIELLI & KLAUDER LLC<br>Robert J. Lohr II, Esquire (010151995)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(610) 701-0222 – Telephone<br>(610) 431-2792 – Facsimile<br>rlohr@bk-legal.com<br><br>In Re:<br>Click or tap here to enter text. | Case No.: 20-23493-CMG<br><br>Chapter: 11<br><br>Adv. No.: N/A<br><br>Hearing Date: N/A<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Robert J. Lohr II:

    ☒ represent the Debtor, Pranav Desai in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On April 6, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of the Amendment to Debtor's schedules E/F, updated Summary of the Debtor's Assets and Liabilities and Certain Statistical Information and Debtor's Declaration of Schedules

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   April 6, 2021                                          <u>Robert J. Lohr II</u>

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie, Esquire<br>DOJ-Ust<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Delaware Division of Small Business<br>90 Kings Highway<br>Dover, DE 19901 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Small Business Association<br>409 3rd Street, SW<br>Washington, DC 20416 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |