UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BIELLI & KLAUDER LLC
Robert J. Lohr II, Esquire (010151995)
1905 Spruce Street
Philadelphia, PA 19103
(610) 701-0222 - Telephone
(610) 431-2792 - Facsimile
rlohr@bk-legal.com

In Re:

Pranav Desai

Case No.: 20-23494-CMG

Chapter: 11

Adv. No.: N/A

Hearing Date: N/A

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, __Robert J. Lohr II__ :

   ☒ represent __the Debtor, Pranav Desai__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __April 6, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of the Amendment to Debtor's Schedules E/F, updated Summary of the Debtor's Assets and Liabilities and Certain Statistical Information and Debtor's Declaration of Schedules.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __April 7, 2021__                              __/s/ Robert J. Lohr II__
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Luaren Bielskie, Esquire<br>Department of Justice - UST<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Delaware Division of Small Business<br>90 Kings Highway<br>Dover, DE 19901 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Small Business Association<br>409 3rd Street, SW<br>Washington, DC 20416 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mr. Pranav Desai<br>10 Orchard Grove<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |