UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BIELLI & KLAUDER, LLC**
Robert J. Lohr II, Esquire (010151995)
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (610) 701-0222
Facsimile: (610) 431-2792
rlohr@bk-legal.com

In Re:

Pranav Desai

| | |
|---|---|
| Case No.: | 20-23494 |
| Adv. Pro. No.: | N/A |
| Chapter: | 11 |
| Hearing Date: | June 15, 2021 |
| Judge: | Gravelle |

## ADJOURNMENT REQUEST

1.    I, _____ Robert J. Lohr II _____,

☒    am the attorney for: _____ Pranav Desai, Debtor-in-Possession _____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Status Conference _____

Current hearing date and time: June 15, 2021, at 2:00 p.m.

New date requested: July 13, 2021, at 2:00 p.m.

Reason for adjournment request: Debtor's counsel had knee replacement surgery on

April 21, 2021, and has not had sufficient time to meet with client and address concerns.

2.    Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: June 15, 2021                              /s/  Robert J. Lohr II
                                                 Signature


**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date:  July 13, 2021 at 2:00 p.m.   ☒ Peremptory

☐ Granted over objection(s)  New hearing date: _____   ☐ Peremptory

☐ Denied


**IMPORTANT: If your request is granted, you must notify interested
parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2