IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PRANAV DESAI, | : | CASE NUMBER: 20-23494-CMG |
| | : | |
| Debtor. | : | CHAPTER 11 |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for **CENTRIC BANK** (the "Creditor"), a landlord and party in interest herein, and, pursuant to 11 U.S.C. § § 342 and 1109(b) and FED R. BANKR. P. 2002, 9007 and 9010, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon Creditor by and through, demands that all notices give or required to be given in this case and all papers served in this case be given to and served upon Creditor by and through the undersigned at the following address:

**THE STARK FIRM, PLLC**
3017 Bolling Way NE
Atlanta, Georgia 30305
(267) 768-7901 (telephone)
(678) 894-8496 (telecopy)
lindaallemurphy@starkfirmpllc.com
ATTN: Linda B. Alle-Murphy, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices and any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, telephone electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance and Demand for Service of Papers shall not be deemed or construed as Creditor's (a) waiver of the right to have final orders in non-core matters entered after de novo review by the United States District Court; (b) wavier of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs, or recoupments, which Creditor has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves. This Notice of Appearance and Demand for Service of Papers is not, and shall not be construed to be, a consent by Creditor pursuant to 28 U.S.C. § 157(c)(2).

Dated this 13th day of July, 2021.

Respectfully submitted,

**THE STARK FIRM, PLLC**

/s/ Linda B. Alle-Murphy
Linda B. Alle-Murphy, Esq. (024662012)
3017 Bolling Way NE
Atlanta, Georgia 30305
Phone: (267) 768-7901
Fax: (678) 894-8496
Primary Email: lindaallemurphy@starkfirmpllc.com
*Attorneys for Creditor -*
   *Centric Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a copy of the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of Court using the CM/ECF system, which will electronically serve a copy on all counsel of record and by depositing a true and correct copy of same in the United States Mail with first class postage properly affixed and addressed as follows:

Robert J. Lohr, II
1246 West Chester Pike
Suite 312
West Chester, PA 19382

US Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Suite 2100
Newark, NJ 07102

Lauren Bielskie
One Newark Center
Suite 2100
Newark, NJ 07102

Respectfully submitted,

**THE STARK FIRM, PLLC**

/s/ Linda B. Alle-Murphy
Linda B. Alle-Murphy, Esq. (024662012)
3017 Bolling Way NE
Atlanta, Georgia 30305
Phone: (267) 768-7901
Fax: (678) 894-8496
Primary Email: lindaallemurphy@starkfirmpllc.com
*Attorneys for Creditor -*
   *Centric Bank*