Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.:  20−23494−CMG
                            Chapter:  11
                            Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pranav Desai
   10 Orchard Grove
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−2527

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

     A Disclosure Statement was filed by
on July 23, 2021 , pursuant to Fed. R. Bankr. P. 3016.

     The Court shall conduct a hearing as to the adequacy of such statement before Honorable Christine M. Gravelle on :

Date:                 September 7, 2021
Time:                02:00 PM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

     Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

     To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Robert J. Lohr, II
Lohr & Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA 19382
610−701−0222

Dated: July 26, 2021
JAN: ghm

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Pranav Desai  
    Debtor

Case No. 20-23494-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 26, 2021      Form ID: 195      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pranav Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |
| aty | + | Erin Elizabeth Stark, The Stark Firm, PLLC, 3017 Bolling Way NE, Atlanta, GA 30305-2205 |
| cr | + | Berkshire Bank, c/o Saldutti Law Group, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519045350 | + | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 519045351 | ++ | BERKSHIRE BANK, PO BOX 1308, PITTSFIELD MA 01202-1308 address filed with court:, Berkshire Bank, 24 North Street, Pittsfield, MA 01202 |
| 519117119 | + | Centric Bank, 1826 Good Hope Road, Enola, PA 17025-1233 |
| 519062536 | + | Centric Bank, 4320 Linglestown Road, Harrisburg, PA 17112-9532 |
| 519064462 | + | DMP FreshMex, EYD, Inc., 100 Springdale Road, Unit A-3, Box 124, Cherry Hill, NJ 08003-3360 |
| 519155782 | | Delaware Division of Small Business, 90 Kings Highway, Dover, DE 19901 |
| 519062538 | + | Integritty Group, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519065419 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519062539 | + | Jiger Patel, 400 Foxcroft Drive, Warminster, PA 18974-1670 |
| 519064463 | + | Lawrence & Yarleen Boden, 10 Twin Rivers Drive, Hightstown, NJ 08520-5519 |
| 519045355 | + | Old Tees, Inc., G.P., t/a New Tees Co., c/o Kenneth J. Fleisher, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062543 | + | Rajan Mahadevia, 4 Providence Boulevard, Kendall Park, NJ 08824-1919 |
| 519045358 | + | Robert Saldutti, Esquire, 800 North Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519062545 | | State of New Jersey, Division of Employer Accounts, P.O. Box 059, Trenton, NJ 08646-0059 |
| 519062546 | + | Tejasvi Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |
| 519062547 | + | The Greene Turtle Corporation, 6990 Columbia Gateway Drive, Suite 120, Columbia, MD 21046-2989 |
| 519045359 | + | Tornetta Realty Corp., c/o Kierstin Lange, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062549 | + | Turtle Time JRP 1, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062550 | + | Turtle Time JRP 2, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062551 | + | Turtle Time JRP1 - Goodman Properties, 636 Old York Road, Jenkintown, PA 19046-2858 |
| 519155783 | + | US Small Business Association, 409 3rd Street, SE, Washington, DC 20416-0001 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2021 20:26:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519045352 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 26 2021 20:42:17 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519045353 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 26 2021 20:42:03 | Capital One Auto Finance, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519050630 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | | |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2021 20:42:10 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519055545 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 26 2021 20:42:03 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry, CA 91716-0511 |
| 519085496 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 26 2021 20:42:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519045354 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 20:42:16 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519045356 | | Email/Text: bkrgeneric@penfed.org | Jul 26 2021 20:26:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 519114363 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 20:26:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519045357 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 20:26:00 | PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 519113694 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 26 2021 20:42:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519116430 | | Centric Bank |
| 519062532 | *+ | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 519062533 | *P++ | BERKSHIRE BANK, PO BOX 1308, PITTSFIELD MA 01202-1308, address filed with court:, Berkshire Bank, 24 North Street, Pittsfield, MA 01202 |
| 519062534 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519062535 | *+ | Capital One Auto Finance, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519054463 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519062537 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519062540 | *+ | Old Tees, Inc., G.P., t/a New Tees Co., c/o Kenneth J. Fleisher, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062541 | *P++ | PENTAGON FEDERAL CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, P O BOX 1432, ALEXANDRIA VA 22313-1432, address filed with court:, Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 519062542 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 519062544 | *+ | Robert Saldutti, Esquire, 800 North Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519062548 | *+ | Tornetta Realty Corp., c/o Kierstin Lange, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda B. Alle-Murphy | on behalf of Creditor Centric Bank lalle-murphy@companycounsel.law |
| Melissa N. Licker | on behalf of Creditor Pentagon Federal Credit Union NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor Berkshire Bank rmcdowell@slgcollect.com |
| Robert J. Lohr, II | on behalf of Debtor Pranav Desai bob@lohrandassociates.com leslie@lohrandassociates.com |
| Robert L. Saldutti | on behalf of Creditor Berkshire Bank rsaldutti@salduticollect.com lmarciano@salduticollect.com;kcollins@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8