*/s/ Melissa Licker*
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on August 17, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Pranav Desai, | Case No. 20-23494-CMG |
|  | Hearing Date: July 27, 2021 at 10:00 a.m. |
|  | Judge: Christine M. Gravelle |
| Debtor(s)/Borrower(s). |  |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: August 17, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| Debtor: | Pranav Desai |
|---|---|
| Case No.: | 20-23494-CMG |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of Pentagon Federal Credit Union ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby terminated pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) for the lack of equity in and/or failure to make adequate protection payments on the Property as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property, GMC Terrain VIN: 3GKALVEX2KL200127;
2. Movant that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect;
3. Movant that in the event of the sale of the property, Movant shall account to the trustee or bankruptcy estate any surplus monies that may exist after the sale;
4. ~~Rule 4001(a)(3) is not applicable and Movant, its successors and/or assigns, and they may immediately enforce and implement this Order granting relief from the automatic stay.~~