| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>THE STARK FIRM, PLLC<br>Linda B. Alle-Murphy, Esquire-024662012<br>3017 Bolling Way NE<br>Atlanta, GA 30305<br>(404) 835-2729<br>Attorney for Berkshire Bank | Case No.: 20-23494-CMG<br><br>Chapter: 11 |
| In Re:<br>Pranav Desai | Adv. No.:<br><br>Hearing Date: 9/7/21 at 2pm<br><br>Judge: Gravelle |

## CERTIFICATION OF SERVICE

1. I, Linda B. Alle-Murphy, Esq. :

   ☒ represent Centric Bank in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On August 24, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Centric Bank's Objection to the Disclosure Statement

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 24, 2021                         /s/ Linda B. Alle-Murphy
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert J. Lohr, II<br>Lohr & Associates, Ltd.<br>1246 West Chester Pike<br>Suite 312<br>West Chester, PA 19382 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Lauren Bielskie<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Counsel for the US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Pranav Desai<br>10 Orchard Grove<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034 | Counsel for Berkshire Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for PNC Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Thomas Bielli<br>Bielli & Klauder, LLC<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Co-Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |