UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Angela L. Baglanzis, Esquire (239652019)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA  19103
Telephone:  (215) 642-8271
Facsimile: (215) 754-4177
Attorneys for the Debtor

In Re:

Pranav Desai,

Debtor.

Case No.:  20-23494(CMG)

Chapter:  11

Judge:  Christine M. Gravelle

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Pranav Desai, the Debtor . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA  19103
Telephone:  (215) 642-8271; Facsimile: (215) 754-4177
mastrangelo@bk-legal.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: September 2, 2021

/s/ Angela L. Mastrangelo
Signature

*new.8/1/15*