UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Angela L. Mastrangelo, Esquire (239652019)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA  19103
Telephone: (215) 642-8271
Facsimile: (215) 754-4177
mastrangelo@bk-legal.com
*Attorneys for Debtor*

In Re:

Pranav Desai,

          Debtor.

Case No.       20-23494
Adv. Pro. No.:
Chapter:        11
Hearing Date:  9/7/2021
Judge:          Christine M. Gravelle

**ADJOURNMENT REQUEST**

1. I, Angela L. Mastrangelo

    ☒ am the attorney for: the Debtor, Pranav Desai

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Approve Disclosure Statement

    Current hearing date and time: 9/7/2021 @ 2pm

    New date requested: 9/21/2021

    Reason for adjournment request: Debtor requests additional time to revise and clarify his projections to amend his disclosure statement and plan to resolve the two (2) pending objections.

2. Consent to adjournment:

    ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below):

    Counsel to Berkshire Bank consented to the adjournment request.  Counsel to the Debtor spoke with and requested an adjournment from counsel to Centric Bank but has not received consent or opposition to the two-week requested adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: 9/3/2021  /s/ Angela L. Mastrangelo
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted  New hearing date: 9/21/21 at 2:00 p.m.  ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2