UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| In re:<br><br>PRANAV DESAI,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-23494-CMG |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 1, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 10/19/2021 | 63 | Modified Disclosure Statement, Modified Chapter 11 Plan Filed by Angela L. Mastrangelo on behalf of Pranav Desai. (Attachments: # 1 Exhibit A - Modified Plan # 2 Exhibit B - MOR # 3 Exhibit C - Projections (Mastrangelo, Angela) (Entered: 10/19/2021) |
| 10/20/2021 | 64 | ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THERE OF(related document:48 Disclosure Statement filed by Debtor Pranav Desai, 63 Disclosure Statement filed by Debtor Pranav Desai, Chapter 11 Plan). . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/20/2021. Confirmation hearing to be held on 12/7/2021 at 02:00 PM at CMG - Courtroom 3, Trenton. Last day to Object to Confirmation 11/30/2021.Last day to file ballots is 11/30/2021. (bwj) (Entered: 10/20/2021) |
| --- | Ballot | PRANAV DESAI - Class [ ] Ballot for Accepting or Rejecting Plan of Reorganization |

x /s/ L. Heggan
Laurie Heggan

Dated: November 23, 2021
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 23rd day of November 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

> DAVID TYLER KITTO
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires Oct. 6, 2023

# EXHIBIT A

Berkshire Bank
c/o Saldutti Law Group
800 N Kings Highway
Suite 300
Cherry Hill, NJ 08034-1511

Dist Dir of IRS
Insolvency Function
PO Box 724
Springfield, NJ 07081-0724

U.S. Attorney
970 Broad St,
Room 502
Rodino Federal Bldg.
Newark, NJ 07102-2534

United States Trustee
Office of the United States Trustee
1085 Raymond Blvd,
One Newark Center
Suite 2100
Newark, NJ 07102-5235

American Express
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998-1540

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
PO Box 60511
City Of Industry, CA 91716-0511

Capital One Bank (USA), N.A,
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Centric Bank
1826 Good Hope Road
Enola, PA 17025-1233

Centric Bank
4320 Linglestown Road
Harrisburg, PA 17112-9532

DMP FreshMex, EYD, Inc.
100 Springdale Road
Unit A-3, Box 124
Cherry Hill, NJ 08003-3360

Delaware Division of Small Business
90 Kings Highway
Dover, DE 19901

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Integritty Group, LLC
963 Street Road
Southampton, PA 18966-4728

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jiger Patel
400 Foxcroft Drive
Warminster, PA 18974-1670

Lawrence & Yarleen Boden
10 Twin Rivers Drive
Hightstown, NJ 08520-5519

Old Tees, Inc., G.P., t/a New Tees Co.
c/o Kenneth J. Fleisher, Esquire
Zarwin Baum
2005 Market Street, 16th Floor
Philadelphia, PA 19103-7062

Rajan Mahadevia
4 Providence Boulevard
Kendall Park, NJ 08824-1919

Robert Saldutti, Esquire
800 North Kings Highway
Suite 300
Cherry Hill, NJ 08034-1511

State of New Jersey
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08646-0059

Tejasvi Desai
10 Orchard Grove
Monroe Township, NJ 08831-2372

The Greene Turtle Corporation
6990 Columbia Gateway Drive
Suite 120
Columbia, MD 21046-2989

Tornetta Realty Corp.
c/o Kierstin Lange, Esquire
Zarwin Baum
2005 Market Street, 16th Floor
Philadelphia, PA 19103-7062

Turtle Time JRP 1, LLC
963 Street Road
Southampton, PA 18966-4728

Turtle Time JRP 2, LLC
963 Street Road
Southampton, PA 18966-4728

Turtle Time JRP1 - Goodman Properties
636 Old York Road
Jenkintown, PA 19046-2858

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

US Small Business Association
409 3rd Street, SE
Washington, DC 20416-0001

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Pranav Desai
10 Orchard Grove
Monroe Township, NJ 08831-2372