UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esquire (239652019)
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Facsimile: (215) 754-4177
mastrangelo@bk-legal.com
Counsel to the Debtor-in-Possession

In Re:

In re:

PRANAV DESAI,
                                        Debtor.

Case No.:        20-23494-CMG
Adv. Pro. No.:　_____
Chapter:              11
Subchapter V:    ☐ Yes ☒ No
Hearing Date:    12/21/2021
Judge:                Gravelle

## ADJOURNMENT REQUEST

1. I, _____Angela L. Mastrangelo_____,

   ☒ am the attorney for: _____Pranav Desai_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation of Chapter 11 Plan of Reorganization

   Current hearing date and time: 12/21/2021 @ 2:00 pm

   New date requested: 1/11/2022 @ 2pm

   Reason for adjournment request: The Debtor and counsel for Centric are trying to resolve the objection to confirmation. The Debtor would also like to try and resolve the UST's objection.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/17/2021                                                          /s/ Angela L. Mastrangelo
                                                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 1/18/22 at 2:00 p.m.         ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____   ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*