| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire ()<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Facsimile: (215) 754-4177<br>mastrangelo@bk-legal.com<br>*Counsel to the Debtor-in-Possession* | |
| In re:<br><br>PRANAV DESAI,<br><br><br>           Debtor. | Case No. 20-23494-CMG<br>Chapter 11<br><br>Hearing Date: January 18, 2022<br>                    at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF BALLOTING

|  | <u>Impaired</u><br>Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | <u>Accept</u><br>Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| Class 1 | No | - | - | - | - | - | - | - | YES |
| Class 2 | Yes | 0 | 0 | 0 | 0% | $0.00 | $0.00 | 0% | |
| Class 3 | Yes | 1 | 1 | 0 | 100% | $1,881,000. | $0.00 | 100% | YES |

If any ballots have not been included in this tally, provide an explanation: n/a

I, Angela L. Mastrangelo, Esq., the attorney for the Debtor, plan proponent in this case, certify under penalty of perjury that the above is true.

Dated:  January 13, 2022                         By:     /s/ Angela L. Mastrangelo
                                                                            Angela L. Mastrangelo
BIELLI & KLAUDER, LLC
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
Fax: (215) 754-4177
Email: mastrangelo@bk-legal.com
*Counsel for the Debtor*

2