**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Facsimile: (215) 754-4177
mastrangelo@bk-legal.com
*Counsel to the Debtor-in-Possession*

In re:

PRANAV DESAI,

Debtor.

Case No. 20-23494-CMG
Chapter 11

Hearing Date: January 18, 2022
at 10:00 a.m.

Judge: Christine M. Gravelle

## CERTIFICATE OF SERVICE

I, Angela L. Mastrangelo, an attorney with the law firm of Bielli & Klauder, LLC, do hereby certify that on January 14, 2021, a true and correct copy of the Debtor's Reply in Support of Confirmation of the Debtor's Modified Chapter 11 Plan was served via the Court's CM/ECF system or via electronic means upon the following on the attached service list.

/s/ Angela L. Mastrangelo,
Angela L. Mastrangelo, Esquire
BIELLI & KLAUDER, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Facsimile: (215) 754-4177
mastrangelo@bk-legal.com
*Counsel to the Debtor-in-Possession*

1

## Service List

**Notice will be electronically mailed to:**

Linda B. Alle-Murphy on behalf of Creditor Centric Bank
lalle-murphy@companycounsel.law

Lauren Bielskie on behalf of U.S. Trustee U.S. Trustee
lauren.bielskie@usdoj.gov

Denise E. Carlon on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa N. Licker on behalf of Creditor Pentagon Federal Credit Union
mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Rebecca K. McDowell on behalf of Creditor Berkshire Bank
rmcdowell@slgcollect.com

Phillip Andrew Raymond on behalf of Creditor Pentagon Federal Credit Union
phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert L. Saldutti on behalf of Creditor Berkshire Bank
rsaldutti@salduttcollect.com, lmarciano@salduttcollect.com;kcollins@slgcollect.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**Courtesy email copy sent to**:

Erin Elizabeth Stark on behalf of Creditor Centric Bank
ErinStark@starkfirmpllc.com