Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−23494−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pranav Desai
   10 Orchard Grove
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−2527

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on April 6, 2022.

   IT IS FURTHER NOTICED,

   1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

   2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

   3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: April 7, 2022
JAN: dmi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court<br>District of New Jersey

In re:      Case No. 20-23494-CMG

Pranav Desai     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Apr 07, 2022     Form ID: 147     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pranav Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |
| aty | + | Erin Elizabeth Stark, The Stark Firm, PLLC, 3017 Bolling Way NE, Atlanta, GA 30305-2205 |
| cr | + | Berkshire Bank, c/o Saldutti Law Group, 1040 N Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519045351 | ++ | BERKSHIRE BANK, PO BOX 1308, PITTSFIELD MA 01202-1308 address filed with court:, Berkshire Bank, 24 North Street, Pittsfield, MA 01202 |
| 519450536 | + | Berkshire Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519117119 | + | Centric Bank, 1826 Good Hope Road, Enola, PA 17025-1233 |
| 519062536 | + | Centric Bank, 4320 Linglestown Road, Harrisburg, PA 17112-9532 |
| 519064462 | + | DMP FreshMex, EYD, Inc., 100 Springdale Road, Unit A-3, Box 124, Cherry Hill, NJ 08003-3360 |
| 519155782 | | Delaware Division of Small Business, 90 Kings Highway, Dover, DE 19901 |
| 519062538 | + | Integritty Group, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062539 | + | Jiger Patel, 400 Foxcroft Drive, Warminster, PA 18974-1670 |
| 519064463 | + | Lawrence & Yarleen Boden, 10 Twin Rivers Drive, Hightstown, NJ 08520-5519 |
| 519045355 | + | Old Tees, Inc., G.P., t/a New Tees Co., c/o Kenneth J. Fleisher, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062543 | + | Rajan Mahadevia, 4 Providence Boulevard, Kendall Park, NJ 08824-1919 |
| 519045358 | + | Robert Saldutti, Esquire, 800 North Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519062545 | | State of New Jersey, Division of Employer Accounts, P.O. Box 059, Trenton, NJ 08646-0059 |
| 519062546 | + | Tejasvi Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |
| 519062547 | + | The Greene Turtle Corporation, 6990 Columbia Gateway Drive, Suite 120, Columbia, MD 21046-2989 |
| 519045359 | + | Tornetta Realty Corp., c/o Kierstin Lange, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062549 | + | Turtle Time JRP 1, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062550 | + | Turtle Time JRP 2, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062551 | + | Turtle Time JRP1 - Goodman Properties, 636 Old York Road, Jenkintown, PA 19046-2858 |
| 519155783 | + | US Small Business Association, 409 3rd Street, SE, Washington, DC 20416-0001 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 20:37:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519045350 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:41:57 | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 519045352 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2022 20:41:49 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519045353 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 07 2022 20:41:58 | Capital One Auto Finance, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| 519050630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2022 20:41:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519055545 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 07 2022 20:41:51 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry, CA 91716-0511 |
| 519085496 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2022 20:41:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519045354 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 07 2022 20:41:56 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519065419 | + | Email/Text: RASEBN@raslg.com | Apr 07 2022 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519045356 | | Email/Text: bkrgeneric@penfed.org | Apr 07 2022 20:36:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 519114363 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 07 2022 20:37:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519045357 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 07 2022 20:37:00 | PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 519113694 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2022 20:41:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519116430 | | Centric Bank |
| 519062532 | *+ | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 519062533 | *P++ | BERKSHIRE BANK, PO BOX 1308, PITTSFIELD MA 01202-1308, address filed with court:, Berkshire Bank, 24 North Street, Pittsfield, MA 01202 |
| 519062534 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519062535 | *+ | Capital One Auto Finance, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519054463 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519062537 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519062540 | *+ | Old Tees, Inc., G.P., t/a New Tees Co., c/o Kenneth J. Fleisher, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062541 | *P++ | PENTAGON FEDERAL CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, P O BOX 1432, ALEXANDRIA VA 22313-1432, address filed with court:, Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 519062542 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 519062544 | *+ | Robert Saldutti, Esquire, 800 North Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519062548 | *+ | Tornetta Realty Corp., c/o Kierstin Lange, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 20-23494-CMG    Doc 84    Filed 04/09/22    Entered 04/10/22 00:12:12    Desc Imaged
                        Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: 147 | Total Noticed: 38 |

Date: Apr 09, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Angela L. Mastrangelo
     on behalf of Debtor Pranav Desai mastrangelo@bk-legal.com

Denise E. Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Bielskie
     on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Linda B. Alle-Murphy
     on behalf of Creditor Centric Bank lalle-murphy@companycounsel.law

Lindsey E. Snavely
     on behalf of Creditor Centric Bank lsnavely@pillaraught.com  tlaughead@pillaraught.com

Melissa N. Licker
     on behalf of Creditor Pentagon Federal Credit Union mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
     on behalf of Creditor Pentagon Federal Credit Union phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca K. McDowell
     on behalf of Creditor Berkshire Bank rmcdowell@slgcollect.com

Robert J. Lohr, II
     on behalf of Debtor Pranav Desai bob@lohrandassociates.com  leslie@lohrandassociates.com

Robert L. Saldutti
     on behalf of Creditor Berkshire Bank rsaldutti@sadutticollect.com  lmarciano@saldutticollect.com;kcollins@slgcollect.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11