Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  20−23494−CMG
Chapter:  11
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pranav Desai
   10 Orchard Grove
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−2527

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      7/5/22
Time:      02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Bielli & Klauder, LLC, Debtor's Attorney

COMMISSION OR FEES
Fees: $35,782.50

EXPENSES
$182.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 2, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

Case 20-23494-CMG    Doc 89    Filed 06/04/22    Entered 06/05/22 00:13:47    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-23494-CMG

Pranav Desai                                                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                   Page 1 of 3
Date Rcvd: Jun 02, 2022                        Form ID: 137                                  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pranav Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |
| aty | + | Erin Elizabeth Stark, The Stark Firm, PLLC, 3017 Bolling Way NE, Atlanta, GA 30305-2205 |
| cr | + | Berkshire Bank, c/o Saldutti Law Group, 1040 N Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519045351 | ++ | BERKSHIRE BANK, PO BOX 1308, PITTSFIELD MA 01202-1308 address filed with court:, Berkshire Bank, 24 North Street, Pittsfield, MA 01202 |
| 519450536 | + | Berkshire Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519117119 | + | Centric Bank, 1826 Good Hope Road, Enola, PA 17025-1233 |
| 519062536 | + | Centric Bank, 4320 Linglestown Road, Harrisburg, PA 17112-9532 |
| 519064462 | + | DMP FreshMex, EYD, Inc., 100 Springdale Road, Unit A-3, Box 124, Cherry Hill, NJ 08003-3360 |
| 519155782 | | Delaware Division of Small Business, 90 Kings Highway, Dover, DE 19901 |
| 519062538 | + | Integritty Group, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062539 | + | Jiger Patel, 400 Foxcroft Drive, Warminster, PA 18974-1670 |
| 519064463 | + | Lawrence & Yarleen Boden, 10 Twin Rivers Drive, Hightstown, NJ 08520-5519 |
| 519045355 | + | Old Tees, Inc., G.P., t/a New Tees Co., c/o Kenneth J. Fleisher, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062543 | + | Rajan Mahadevia, 4 Providence Boulevard, Kendall Park, NJ 08824-1919 |
| 519045358 | + | Robert Saldutti, Esquire, 800 North Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519062545 | | State of New Jersey, Division of Employer Accounts, P.O. Box 059, Trenton, NJ 08646-0059 |
| 519062546 | + | Tejasvi Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |
| 519062547 | + | The Greene Turtle Corporation, 6990 Columbia Gateway Drive, Suite 120, Columbia, MD 21046-2989 |
| 519045359 | + | Tornetta Realty Corp., c/o Kierstin Lange, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062549 | + | Turtle Time JRP 1, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062550 | + | Turtle Time JRP 2, LLC, 963 Street Road, Southampton, PA 18966-4728 |
| 519062551 | + | Turtle Time JRP1 - Goodman Properties, 636 Old York Road, Jenkintown, PA 19046-2858 |
| 519155783 | + | US Small Business Association, 409 3rd Street, SE, Washington, DC 20416-0001 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2022 20:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519045350 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2022 20:53:32 | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 519045352 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:28 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519045353 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 02 2022 20:53:23 | Capital One Auto Finance, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519050630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2022 20:53:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519055545 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 02 2022 20:53:32 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry, CA 91716-0511 |
| 519085496 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 20:53:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519045354 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 20:53:27 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519065419 | + | Email/Text: RASEBN@raslg.com | Jun 02 2022 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519045356 |   | Email/Text: bkrgeneric@penfed.org | Jun 02 2022 20:47:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 519114363 |   | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519045357 |   | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 519113694 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 20:53:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519116430 |   | Centric Bank |
| 519062532 | *+ | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 519062533 | *P++ | BERKSHIRE BANK, PO BOX 1308, PITTSFIELD MA 01202-1308, address filed with court:, Berkshire Bank, 24 North Street, Pittsfield, MA 01202 |
| 519062534 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519062535 | *+ | Capital One Auto Finance, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519054463 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519062537 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519062540 | *+ | Old Tees, Inc., G.P., t/a New Tees Co., c/o Kenneth J. Fleisher, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 519062541 | *P++ | PENTAGON FEDERAL CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, P O BOX 1432, ALEXANDRIA VA 22313-1432, address filed with court:, Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 519062542 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, Attn: Bankruptcy, P.O. Box 8819, Dayton, OH 45401 |
| 519062544 | *+ | Robert Saldutti, Esquire, 800 North Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519062548 | *+ | Tornetta Realty Corp., c/o Kierstin Lange, Esquire, Zarwin Baum, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela L. Mastrangelo | on behalf of Debtor Pranav Desai mastrangelo@bk-legal.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda B. Alle-Murphy | on behalf of Creditor Centric Bank lalle-murphy@companycounsel.law |
| Lindsey E. Snavely | on behalf of Creditor Centric Bank lsnavely@pillaraught.com tlaughead@pillaraught.com |
| Melissa N. Licker | on behalf of Creditor Pentagon Federal Credit Union mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Pentagon Federal Credit Union phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor Berkshire Bank rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert J. Lohr, II | on behalf of Debtor Pranav Desai bob@lohrandassociates.com leslie@lohrandassociates.com |
| Robert L. Saldutti | on behalf of Creditor Berkshire Bank rsaldutti@salduttcollect.com lmarciano@salduttcollect.com;kcollins@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11