| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire (239652019)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Facsimile: (215) 754-4177<br>mastrangelo@bk-legal.com<br>*Counsel to the Debtor-in-Possession* | **Order Filed on July 7, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>PRANAV DESAI,<br><br>Debtor. | Case No. 20-23494-CMG<br>Chapter 11<br><br>Judge: Christine M. Gravelle<br><br>Hearing Date: July 5, 2022 @ 2:00 pm |

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page, number two (2), is hereby ORDERED.

**DATED: July 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

The Court having found that the person(s) named below filed an Application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** that compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Bielli & Klauder LLC<br>Debtor's Attorney | $35,782.50 | $182.00 |