**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esquire (239652019)
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Facsimile: (215) 754-4177
mastrangelo@bk-legal.com
*Counsel to the Debtor-in-Possession*

Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

PRANAV DESAI,

                    Debtor.

Case No. 20-23494-CMG
Chapter 11

Judge: Christine M. Gravelle

Hearing Date: July 5, 2022 @ 2:00 pm

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page, number two (2), is hereby ORDERED.

DATED: July 7, 2022

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

The Court having found that the person(s) named below filed an Application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED** that compensation and expenses are allowed in the instant proceeding as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Bielli & Klauder LLC<br>Debtor's Attorney | $35,782.50 | $182.00 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-23494-CMG

Pranav Desai                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                              Page 1 of 2
Date Rcvd: Jul 07, 2022                 Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Pranav Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Angela L. Mastrangelo | on behalf of Debtor Pranav Desai mastrangelo@bk-legal.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda B. Alle-Murphy | on behalf of Creditor Centric Bank lalle-murphy@companycounsel.law |
| Lindsey E. Snavely | on behalf of Creditor Centric Bank lsnavely@pillaraught.com  tlaughead@pillaraught.com |
| Melissa N. Licker | on behalf of Creditor Pentagon Federal Credit Union mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |

Phillip Andrew Raymond

on behalf of Creditor Pentagon Federal Credit Union phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca K. McDowell

on behalf of Creditor Berkshire Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert J. Lohr, II

on behalf of Debtor Pranav Desai bob@lohrandassociates.com  leslie@lohrandassociates.com

Robert L. Saldutti

on behalf of Creditor Berkshire Bank rsaldutti@saldutticollect.com  lmarciano@saldutticollect.com;kcollins@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11