UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215.642.8271
mastrangelo@bk-legal.com
Counsel to Reorganized Debtor

In Re:

PRANAV DESAI,
       Debtor.

Case No.:    20-23494-CMG
Chapter:    11
Judge:    Christine M. Gravelle

**REPORT OF DISTRIBUTIONS
UNDER CONFIRMED CHAPTER 11 PLAN**

Date of Distribution:    April 2022      Date Plan Confirmed:    April 6, 2022

Check one:    ☒ Initial Distribution
                 ☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

    ☒ Administrative fees and expenses
    ☒ Secured claims
    ☒ Priority secured claims
    ☒ General unsecured claims
    ☐ Equity security holders

Anticipated date of next distribution, if known:    May 2022

Percentage dividend to general unsecured creditors:
    Paid in this distribution:                       _____ %

Scanned with CamScanner

Paid to date: _____ %

To be paid after all distributions made under Plan: _____ %

## Summary of Payments Made in This Distribution:

$ _____ Administrative fees and expenses

$ _____ 1400____ Secured claims

$ _____ 1173.13 _ Priority unsecured claims

$ _____ 226.87 _ General unsecured claims

$ _____ Equity security holders

$ _____ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____ Pranav Desai _____

Company: ___ c/o Angela L. Mastrangelo, Esq. _____

Address 1: ___ Bielli & Klauder LLC _____

Address 2: ____ 1905 Spruce Street _____

City, State, ZIP: ___ Philadelphia, PA  19103 _____

Telephone: _____ 215.642.8271 _____

Facsimile: _____ 215.754.4177 _____

Email: ___ mastrangelo@bk-legal.com _____

Relationship to Plan proponent: _____ Plan Proponent _____

I certify under penalty of perjury that the above is true.

Date: __08/03/2022__                              _____
                                                  Disbursing Agent

2

Scanned with CamScanner

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: 215.642.8271<br>mastrangelo@bk-legal.com<br>Counsel to Reorganized Debtor | |
| In Re:<br><br>PRANAV DESAI,<br><br>        Debtor. | Case No.: __20-23494-CMG__<br><br>Chapter: __11__<br><br>Judge: __Christine M. Gravelle__ |

### REPORT OF DISTRIBUTIONS
### UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: __May 2022__     Date Plan Confirmed: __April 6, 2022__

Check one:     ☒ Initial Distribution

                ☒ Subsequent Distribution

Will future distributions be made under the Plan?     ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

        ☒ Administrative fees and expenses

        ☒ Secured claims

        ☐ Priority secured claims

        ☒ General unsecured claims

        ☐ Equity security holders

Anticipated date of next distribution, if known: __June 2022__

Percentage dividend to general unsecured creditors:

        Paid in this distribution: _____ %

Scanned with CamScanner

Paid to date: _____ %
To be paid after all distributions made under Plan: _____ %

**Summary of Payments Made in This Distribution:**

$ _____250_____ Administrative fees and expenses
$ _____1400_____ Secured claims
$ _____1173.13____ Priority unsecured claims
$ _____226.87__ General unsecured claims
$ _____ Equity security holders
$ _____ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____Pranav Desai_____

Company: ___c/o Angela L. Mastrangelo, Esq._____

Address 1: ___Bielli & Klauder LLC_____

Address 2: ____1905 Spruce Street_____

City, State, ZIP: ___Philadelphia, PA  19103_____

Telephone: _____215.642.8271_____

Facsimile: _____215.754.4177_____

Email: ___mastrangelo@bk-legal.com_____

Relationship to Plan proponent: _____Plan Proponent___

I certify under penalty of perjury that the above is true.

Date: __08/05/2022__         _____[signature]_____
                             Disbursing Agent

2

Scanned with CamScanner

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215.642.8271
mastrangelo@bk-legal.com
Counsel to Reorganized Debtor

In Re:

PRANAV DESAI,

      Debtor.

Case No.:     __20-23494-CMG__

Chapter:           11

Judge:     __Christine M. Gravelle__

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: __June 2022__    Date Plan Confirmed: __April 6, 2022__

Check one:    ☐ Initial Distribution

        ☒ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

    ☐ Administrative fees and expenses

    ☒ Secured claims

    ☐ Priority secured claims

    ☒ General unsecured claims

    ☐ Equity security holders

Anticipated date of next distribution, if known:    __July 2022__

Percentage dividend to general unsecured creditors:

    Paid in this distribution:    _____ %

Scanned with CamScanner

Paid to date: _____ %
To be paid after all distributions made under Plan: _____ %

**Summary of Payments Made in This Distribution:**

$ _____ Administrative fees and expenses
$ ___1400_____ Secured claims
$ ___1173.13_____ Priority unsecured claims
$ ___226.87_____ General unsecured claims
$ _____ Equity security holders
$ _____ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____Pranav Desai_____

Company: ___c/o Angela L. Mastrangelo, Esq._____

Address 1: ___Bielli & Klauder LLC_____

Address 2: ____1905 Spruce Street_____

City, State, ZIP: ___Philadelphia, PA  19103_____

Telephone: _____215.642.8271_____

Facsimile: _____215.754.4177_____

Email: ___mastrangelo@bk-legal.com_____

Relationship to Plan proponent: _____Plan Proponent_____

I certify under penalty of perjury that the above is true.

Date: 08/03/2022                    _____
                                    Disbursing Agent

2

Scanned with CamScanner