| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Facsimile: (215) 754-4177<br>mastrangelo@bk-legal.com<br>*Counsel to the Reorganized Debtor* | |
| In re:<br><br>**PRANAV DESAI,**<br><br>                  **Debtor.** | Case No. 20-23494-CMG<br>Chapter 11<br>Hearing Date: August 9, 2022 at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

## CERTIFICATE OF NO OBJECTION
### (Re: D.I. 92)

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Debtor's Motion for an Order Closing the Bankruptcy Case* (the "Motion") (D.I. 92), which was filed on July 12, 2022. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Motion were to be filed and served no later than August 2, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

                                        BIELLI & KLAUDER, LLC

Dated: August 8, 2022                     By: /s/ Angela L. Mastrangelo
                                        Angela L. Mastrangelo, Esquire
                                        1905 Spruce Street
                                        Philadelphia, PA 19103
                                        Telephone: (215) 642-8271
                                        Facsimile: (215) 754-4177
                                        mastrangelo@bk-legal.com
                                        *Counsel to the Reorganized Debtor*