# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Clear All Fields

Save

In re: Pranav Desai §

§

§

Debtor(s) §

Case No. 20-23494

☐ Jointly Administered

&lt; select a report type &gt;                                    Chapter 11

Quarter Ending Date: 06/30/2022                    Petition Date: 12/11/2020

Plan Confirmed Date: 04/06/2022                    Plan Effective Date: 04/22/2022

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

⦿ Other Authorized Party or Entity: /s/ Pranav Desai

Name of Authorized Party or Entity

_[signature]_
Signature of Responsible Party

07/08/2022
Date

/s/ Pranav Desai
Printed Name of Responsible Party

10 Orchard Grove, Monroe Township, NJ
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                    1

Debtor's Name Pranav Desai                                        Save           Case No. 20-23494

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $8,650 | $8,650 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $8,650 | $8,650 |

## Part 2: Preconfirmation Professional Fees and Expenses

| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| | | | $300 | $300 | $250 | $250 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Bielli & Klauder LLC | Lead Counsel | $300 | $300 | $250 | $250 |

| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $20,375 | $250 | $250 | $20,375 | 1% |
| b. Secured claims | $723,000 | $4,200 | $4,200 | $723,000 | 1% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $50,400 | $4,200 | $4,200 | $50,400 | 8% |
| e. Equity interests | | $0 | $0 | $0 | |

## Part 4: Questionnaire

a. Is this a final report?                                                                 Yes ○   No ●

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: 04/21/2034

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

Debtor's Name Pranav Desai

| Save | Case No. 20-23494 |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

_[signature]_
Signature of Responsible Party
Individual
Title

Pranav Desai
Printed Name of Responsible Party
07/08/2022
Date

| Save | | Generate PDF for Court Filing and Remove Watermark |

UST Form 11-PCR (12/01/2021)    3