UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esquire
1905 Spruce Street
Philadelphia, PA  19103
Telephone: 215.642.8271
mastrangelo@bk-legal.com
Counsel to Reorganized Debtor

In Re:

PRANAV DESAI,

　　　　　　　Debtor.

Case No.:     20-23494-CMG

Chapter:      11

Judge:        Christine M. Gravelle

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution:    July  2022          Date Plan Confirmed:    April 6, 2022

Check one:    ☐ Initial Distribution

☒ Subsequent Distribution

Will future distributions be made under the Plan?      ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses

☒ Secured claims

☐ Priority secured claims

☒ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known:    August  2022

Percentage dividend to general unsecured creditors:

　　　Paid in this distribution:                                                8  %

Paid to date: _____ %

To be paid after all distributions made under Plan: __100__ %

**Summary of Payments Made in This Distribution:**

$ _____ Administrative fees and expenses

$ __1400__ Secured claims

$ __1173.13__ Priority unsecured claims

$ __226.87__ General unsecured claims

$ _____ Equity security holders

$ _____ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: __Pranav Desai__

Company: __c/o Angela L. Mastrangelo, Esq.__

Address 1: __Bielli & Klauder LLC__

Address 2: __1905 Spruce Street__

City, State, ZIP: __Philadelphia, PA  19103__

Telephone: __215.642.8271__

Facsimile: __215.754.4177__

Email: __mastrangelo@bk-legal.com__

Relationship to Plan proponent: __Plan Proponent__

I certify under penalty of perjury that the above is true.

Date: 08/11/2022

_____
Disbursing Agent

2