| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Facsimile: (215) 754-4177<br>mastrangelo@bk-legal.com<br>*Counsel to the Reorganized Debtor* | **Order Filed on August 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>PRANAV DESAI,<br><br>                                      Debtor. | Case No. 20-23494-CMG<br>Chapter 11<br><br>Hearing Date: July 26, 2022<br>                     at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

**ENTRY OF FINAL DECREE AND ORDER CLOSING
PRANAV DESAI'S CHAPTER 11 BANKRUPTCY CASE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 31, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**UPON CONSIDERATION** of the Motion of Pranav Desai for the Entry of a Final Decree and Order to Close the Debtor's Chapter 11 Cases, and after notice and a hearing, and this Court having determined that that the estate of the above-captioned Debtor has made disbursements to creditors; and this Court having determined that pursuant to the Debtor's Plan of Reorganization dated April 5, 2022 and approved by order of the Bankruptcy Court dated April 6, 2022 [Docket No. 93] (the "Plan") the Debtor's Plan has been substantively consummated; **IT IS HEREBY**

**ORDERED** that a final decree is hereby entered in this matter and the above-captioned chapter 11 case, PRANAV DESAI ("Debtor"), Case No. 20-23494 (CMG), is **CLOSED**; and it is further

**ORDERED** that within 30 days following entry of this Order, the Debtor shall file any and all outstanding quarterly reports on the docket, shall file any and all outstanding distribution reports on the docket, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. §1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that if the Debtor fails to comply with the foregoing, upon submission of a certificate of default by the United States Trustee, the case will be reopened *nunc pro tunc* to the date this Order is entered, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.