| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>Facsimile: (215) 754-4177<br>mastrangelo@bk-legal.com<br>*Counsel to the Reorganized Debtor* | **Order Filed on August 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>PRANAV DESAI,<br><br>Debtor. | Case No. 20-23494-CMG<br>Chapter 11<br><br>Hearing Date: July 26, 2022<br>              at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

**ENTRY OF FINAL DECREE AND ORDER CLOSING
<u>PRANAV DESAI'S CHAPTER 11 BANKRUPTCY CASE</u>**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 31, 2022**

                                                          */s/ Christine M. Gravelle*
                                          Honorable Christine M. Gravelle
                                          United States Bankruptcy Judge

**UPON CONSIDERATION** of the Motion of Pranav Desai for the Entry of a Final Decree and Order to Close the Debtor's Chapter 11 Cases, and after notice and a hearing, and this Court having determined that that the estate of the above-captioned Debtor has made disbursements to creditors; and this Court having determined that pursuant to the Debtor's Plan of Reorganization dated April 5, 2022 and approved by order of the Bankruptcy Court dated April 6, 2022 [Docket No. 93] (the "Plan") the Debtor's Plan has been substantively consummated; **IT IS HEREBY**

**ORDERED** that a final decree is hereby entered in this matter and the above-captioned chapter 11 case, PRANAV DESAI ("Debtor"), Case No. 20-23494 (CMG), is **CLOSED**; and it is further

**ORDERED** that within 30 days following entry of this Order, the Debtor shall file any and all outstanding quarterly reports on the docket, shall file any and all outstanding distribution reports on the docket, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. §1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that if the Debtor fails to comply with the foregoing, upon submission of a certificate of default by the United States Trustee, the case will be reopened *nunc pro tunc* to the date this Order is entered, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23494-CMG |
| Pranav Desai | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pranav Desai, 10 Orchard Grove, Monroe Township, NJ 08831-2372 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 02, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela L. Mastrangelo | on behalf of Debtor Pranav Desai mastrangelo@bk-legal.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda B. Alle-Murphy | on behalf of Creditor Centric Bank lalle-murphy@companycounsel.law |
| Lindsey E. Snavely | on behalf of Creditor Centric Bank lsnavely@pillaraught.com tlaughead@pillaraught.com |
| Melissa N. Licker | on behalf of Creditor Pentagon Federal Credit Union mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 31, 2022 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| Phillip Andrew Raymond | on behalf of Creditor Pentagon Federal Credit Union phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor Berkshire Bank rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert J. Lohr, II | on behalf of Debtor Pranav Desai bob@lohrandassociates.com leslie@lohrandassociates.com |
| Robert L. Saldutti | on behalf of Creditor Berkshire Bank rsaldutti@salduticollect.com lmarciano@salduticollect.com;kcollins@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11