| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Pranav Desai<br>First Name   Middle Name   Last Name | Last 4 digits of Social Security number or ITIN xxx-xx-2527<br>EIN |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Last 4 digits of Social Security number or ITIN<br>EIN |
| United States Bankruptcy Court for the: | District of New Jersey | |
| Case number: 20-23494 | | |

## Order of Discharge

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Pranav Desai
[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

MM / DD / YYYY

**By the court:**
*United States Bankruptcy Judge*

## Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case

This order does not close or dismiss the case

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

☐ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

☐ some debts which the debtors did not properly list;

☐ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

☐ debts for death or personal injury caused by operating a vehicle while intoxicated.

Examples of debts that are not discharged are:

☐ debts that are domestic support obligations;

☐ debts for most student loans;

☐ Debts for most taxes;

☐ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**